UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAR FERREL,

                    Plaintiff,

        -v-                                                    CIVIL ACTION NO. 26 Civ. 690 (JHR) (SLC)

                                                               **ORDER**
AIRBUS AMERICAS, INC., et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Given that the parties agree to the deadlines set forth in the Report of Rule 26(f) Conference and Proposed Case Management Plan (Dkt. No. 14 (the "PCMP")), the Court will So Order the PCMP by separate order without holding an initial case management conference. Accordingly, the telephonic initial case management conference scheduled for May 6, 2026 at 2:00 p.m. ET, (Dkt. No. 13), is **CANCELLED**.

A telephone conference to discuss the status of discovery is scheduled for **August 5, 2026, at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  By **July 31, 2026**, the parties shall file a joint letter advising the Court on the status of discovery and identifying any issues ripe for the Court's attention.

Dated:         New York, New York
               April 29, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**